# EXHIBIT A

# CONTRIBUTION REVIEW COMMITTEE (CRC) REQUEST

All information above the solid line should be filled out completely and forwarded to Laura McCabe. YOU MUST ATTACH THE EVENT INVITATION OR OTHER SPONSORSHIP INFORMATION.   v5/2013

Today's Date: December 12, 2014

Requestor's Name: Freddy Lutz

Approved by: _____

Client Name: Friends of Tom Muller

Event Date: December 11, 2014

Location: ☐ NJ  ☒ PA  ☐ NY  ☐ OHIO  ☐ Federal  ☐ Other

Event Type: ☒ Political  ☐ Civic  ☐ Charity  ☐ No event

Contribution Type: ☐ Event Tickets  ☒ Political Contribution  ☐ AD Journal
☒ Sponsorship  ☐ Other (Specify): _____

Political Party: ☐ R  ☒ D  ☐ I   Election: ☐ Primary  ☐ General  ☒ Other

**PAYABLE TO**  MULLER4EXEC

Number of Tickets Requested: _____

**TOTAL AMOUNT REQUESTED:**  $ 500.00

Suggested Attendees: F. Lutz

Need Check by (date): ASAP

☒ Mail Tickets Directly to: Muller4Exec, 2600 Gracie Lane, Macungie, PA 18062

☐ Forward check to (T&M employee): _____

---

Total Amount Approved: $ _____

Disclosures: ☐ Chpt 51  ☐ Chpt 271

Restrictions: ☐ Local P-T-P  ☐ County P-T-P  ☐ Chpt 51/EO117  ☐ Chpt 19

# PENNSYLVANIA - FINAL BUDGET 2014

| COUNTY | MUNICIPALITY | POLITICAL | | | | | CIVIC | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Revised Budget | Budget | Actual | | Remaining | Revised Budget | Budget | Actual | Remaining |
| BERKS | Reading City | $ 500 | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| | SUBTOTAL | $ 500 | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| BRADFORD | Sayre | $ - | $ - | $ - | $ - | | $ - | $ 500 | $ 200 | $ (200) |
| | SUBTOTAL | $ - | $ - | $ - | $ - | | $ - | $ 500 | $ 200 | $ 300 |
| BUCKS | Bensalem | $ 5,000 | $ 7,500 | $ 2,500 | $ 5,000 | | $ - | $ 1,200 | $ - | $ 1,200 |
| | Falls Township | $ - | $ - | $ 2,500 | $ (2,500) | | $ - | $ - | $ 1,850 | $ (1,850) |
| | Levittown | $ - | $ - | $ - | $ - | | $ - | $ - | $ 500 | $ (500) |
| | Newtown Township | $ - | $ - | $ - | $ - | | $ - | $ 1,200 | $ 2,350 | $ (1,150) |
| | SUBTOTAL | $ 5,000 | $ 7,500 | $ 5,000 | $ 2,500 | | $ - | $ - | $ - | $ - |
| CHESTER | | $ - | $ 1,500 | $ 1,000 | $ 500 | | $ - | $ - | $ 750 | $ (750) |
| | SUBTOTAL | $ - | $ 1,500 | $ 1,000 | $ 500 | | $ - | $ - | $ 750 | $ (750) |
| DELAWARE | Chester Township | $ 500 | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| | SUBTOTAL | $ 500 | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| LANCASTER | | $ 500 | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| | SUBTOTAL | $ 500 | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| LEHIGH | Allentown | $ 7,500 | $ 5,000 | $ 2,000 | $ 3,000 | | $ - | $ 1,000 | $ 1,050 | $ (50) |
| | | $ - | $ - | $ 3,000 | $ (3,000) | | $ - | $ - | $ 2,200 | $ (2,200) |
| | SUBTOTAL | $ 7,500 | $ 5,000 | $ 5,000 | $ - | | $ - | $ 1,000 | $ 3,250 | $ (2,250) |
| MONROE | | $ - | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| | SUBTOTAL | $ - | $ 1,000 | $ - | $ 1,000 | | $ - | $ - | $ - | $ - |
| MONTGOMERY | Abington | $ 18,250 | $ 22,500 | $ 10,100 | $ 12,400 | | $ - | $ 2,500 | $ - | $ 2,500 |
| | Cheltenham | $ - | $ - | $ 500 | $ (500) | | $ - | $ - | $ - | $ - |
| | Colonia | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - |
| | East Norriton | $ - | $ - | $ - | $ - | | $ - | $ - | $ 700 | $ (700) |
| | Lansdale | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - |
| | Lower Moreland | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - |
| | Norristown | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - |

1/5/2015

|  |  | POLITICAL |  | CIVIC |  |
|---|---|---|---|---|---|
|  | Plymouth Tonwship | $ - | $ - | $ - | $ - |
|  | Upper Gwynedd | $ - | $ - | $ 1,980 | $ (1,980) |
|  | Upper Merion | $ - | $ 1,750 | $ 2,000 | $ (2,000) |
|  | West Norriton | $ - | $ - | $ - | $ - |
|  | Whitemarsh | $ - | $ 2,750 | $ 1,000 | $ (1,000) |
|  | SUBTOTAL | $ 18,250 | $ 22,500 | $ 15,100 | $ 2,500 | $ 5,680 | $ (3,180) |
| NORTHAMPTON | Bethlehem City | $ 3,000 | $ 5,000 | $ 5,000 | $ - | $ - |
|  | Bethelhem Township | $ - | $ 1,500 | $ (1,500) | $ - | $ - |
|  | Williams | $ - | $ - | $ - | $ 100 | $ (100) |
|  | SUBTOTAL | $ 3,000 | $ 5,000 | $ 1,500 | $ 3,500 | $ - | $ 100 | $ (100) |
| PHILADELPHIA | Philadelphia | $ - | $ 1,000 | $ 1,000 | $ - | $ 250 | $ (250) |
|  | SUBTOTAL | $ - | $ 1,000 | $ 360 | $ (360) | $ - | $ 250 | $ (250) |
| STATE LEVEL MAYORS RACE | | $ 12,500 | $ 2,500 | $ 10,900 | $ (8,400) | $ - | $ 550 | $ (550) |
|  | SUBTOTAL | $ 12,500 | $ 2,500 | $ 10,900 | $ (8,400) | $ - | $ 550 | $ (550) |
|  | PA TOTAL | $ 47,750 | $ 49,000 | $ 38,860 | $ 10,140 | $ 5,200 | $ 13,130 | $ (7,930) |
|  | 10% contingency | | | | $ 11,154 | | | $ (8,723) |



# PENNSYLVANIA - BUDGET 2015

| COUNTY | MUNICIPALITY | POLITICAL | | | | CIVIC | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual 2014 | Budget | Actual | Remaining | Actual 2014 | Budget | Actual | Remaining |
| BERKS | Reading City | $ - | $ 3,000 | $ - | $ - | $ - | $ - | $ - | $ - |
| | Various Municipalities | $ - | $ - | $ - | $ 3,000 | $ - | $ - | $ - | $ - |
| | Chamber of Commerce | $ - | $ 2,000 | $ - | $ 2,000 | $ - | $ 2,000 | $ - | $ 2,000 |
| | SUBTOTAL | $ - | $ 5,000 | $ 7000 | $ 5,000 | $ - | $ 2,000 | $ - | $ 2,000 |
| BRADFORD | Sayre | $ - | $ - | $ 0 | $ - | $ 200 | $ 500 | $ - | $ 500 |
| | SUBTOTAL | $ - | $ - | $ - | $ - | $ 200 | $ 500 | $ - | $ 500 |
| BUCKS | Bensalem | $ 2,500 | $ 5,500 | $ - | $ 5,500 | $ - | $ - | $ - | $ - |
| | Falls Township | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Levittown | $ 2,500 | $ 7,000 | $ 2,500 | $ 4,500 | $ 1,850 | $ 4,000 | $ 100 | $ 3,900 |
| | Newtown Township | $ - | $ - | $ - | $ - | $ 500 | $ - | $ - | $ - |
| | SUBTOTAL | $ 5,000 | $ 12,500 | $ 1000 2,500 | $ 10,000 | $ 2,350 | $ 4,000 | $ 100 | $ 3,900 |
| CHESTER | Various Municipalities | $ 1,000 | $ 4,000 | $ 1000 | $ 4,000 | $ 750 | $ 2,000 | $ - | $ 2,000 |
| | SUBTOTAL | $ 1,000 | $ 4,000 | $ - | $ 4,000 | $ 750 | $ 2,000 | $ - | $ 2,000 |
| DELAWARE | Various Municipalities | $ - | $ 1,000 | $ 1000 | $ 1,000 | $ - | $ - | $ - | $ - |
| | SUBTOTAL | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| LANCASTER | Various Municipalities | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ 1,000 |
| | SUBTOTAL | $ - | $ 2,000 | $ - | $ 2,000 | $ - | $ 1,000 | $ - | $ 1,000 |
| LEHIGH | Allentown | $ 2,000 | $ 2,000 | $ 500 | $ 1,500 | $ 1,050 | $ - | $ 100 | $ (100) |
| | Various Municipalities | $ 3,000 | $ 2,500 | $ - | $ 2,500 | $ 2,200 | $ - | $ 500 | $ (500) |
| | Whitehall Township | $ - | $ 1,500 | $ 250 | $ 1,500 | $ - | $ 7,000 | $ - | $ 7,000 |
| | Chamber of Commerce | $ - | $ - | $ - | $ (250) | $ - | $ - | $ 250 | $ (250) |
| | | $ - | $ 1,500 | $ 500 | $ 1,500 | | | | |
| | SUBTOTAL | $ 5,000 | $ 7,500 | $ 750 | $ 6,750 | $ 3,250 | $ 7,000 | $ 850 | $ 6,150 |
| MONROE | Various Municipalities | $ - | $ 1,000 | $ 0 | $ 1,000 | $ - | $ 1,000 | $ - | $ 1,000 |
| | | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ 1,000 |
| | SUBTOTAL | $ - | $ 2,000 | $ - | $ 2,000 | $ - | $ 2,000 | $ - | $ 2,000 |

6/9/2015

| | | POLITICAL | | | CIVIC | | |
|---|---|---|---|---|---|---|---|
| **MONTGOMERY** | | | | | | | |
| | Abington | $ 10,100 | $ 10,000 | $ 3,050 | $ 6,950 | $ - | $ 2,500 | $ (2,500) |
| | Cheltenham | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ - | $ - |
| | Cheltenham | $ 500 | $ - | $ - | $ - | $ - | $ - | $ - |
| DRAFT | East Norriton | $ - | $ 500 | $ - | $ 500 | $ 700 | $ 1,000 | $ 750 |
| | Horsham | $ - | $ - | $ 250 | $ (250) | $ - | $ - | $ - |
| | Plymouth Township | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 6000 | Upper Gwynedd | $ - | $ 1,000 | $ - | $ 1,000 | $ 1,980 | $ 4,000 | $ 3,260 | $ 740 |
| 10000 | Upper Merion | $ 1,750 | $ 6,000 | $ 250 | $ 5,750 | $ 2,000 | $ 3,000 | $ 250 | $ 2,750 |
| | Whitemarsh | $ 2,750 | $ 6,000 | (000) | $ 6,000 | $ 1,000 | $ 2,000 | $ - | $ 2,000 |
| | Various Municipalities | $ - | $ 4,000 | $ - | $ 4,000 | $ - | $ 1,000 | $ - | $ 1,000 |
| | **SUBTOTAL** | $ 15,100 | $ 28,500 | $ 3,550 | $ 24,950 | $ 5,680 | $ 11,000 | $ 6,260 | $ 4,740 |
| **NORTHAMPTON** | | | | | | | | |
| | Bethlehem City | $ - | $ 2,000 | $ - | $ 2,000 | $ - | $ - | $ 200 | $ (200) |
| | Bethlehem Township | $ 1,500 | $ 2,000 | $ 250 | $ 1,750 | $ 250 | $ - | $ - | $ - |
| | Williams Township | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ 1,000 | $ - | $ 1,000 |
| | Various Municipalities | $ - | $ - | 200 | $ - | $ - | $ 1,000 | $ - | $ 1,000 |
| | **SUBTOTAL** | $ 1,500 | $ 6,000 | $ 250 | $ 5,750 | $ 250 | $ 2,000 | $ 200 | $ 1,800 |
| **PHILADELPHIA** | | | | | | | | |
| | Philadelphia | $ 360 | $ 2,500 | $ - | $ 2,500 | $ 250 | $ - | $ - | $ - |
| | **SUBTOTAL** | $ 360 | $ 2,500 | $ - | $ 2,500 | $ 250 | $ - | $ - | $ - |
| **STATE LEVEL** | | $ 10,900 | $ 1,000 | $ - | $ 1,000 | $ 550 | $ - | $ - | $ - |
| | **SUBTOTAL** | $ 10,900 | $ 1,000 | $ - | $ 1,000 | $ 550 | $ - | $ - | $ - |
| | **PA TOTAL** | $ 38,860 | $ 72,000 | $ 7,050 | $ 64,950 | $ 13,280 | $ 31,500 | $ 7,410 | $ 24,090 |
| | 10% contingency | | | | $ 71,445 | | | | $ 26,499 |

POLITICAL
43,000