# EXHIBIT B

# Narrative Description of 2015 PA Support Budget

With 2015 being a local election year, it is an important time to evaluate our support levels in those areas where we have, or are seeking to increase our market presence. As such, we have spent considerable time and energy in the recent months evaluating where opportunities exist that we believe justify support considerations. The below narrative highlights key aspects of each County, as :

### BERKS

The City of Reading is the most prominent client we have targeted in Berks County. Currently, the City is facing elections that have the potential to create a Council that would be more cooperative with the Mayor, which would facilitate his attempt to complete a number of projects. Since we have an existing relationship with the City, maintaining our position is critical to our ability to remain a viable partner with them. Currently, we are evaluating 2 proposals, with a combined value of nearly $750k. While minimal, we are still investigating opportunities in a few other communities, such as Maidencreek Twp. & Kutztown Borough, that could translate into other real opportunities.

### BRADFORD

With the impending closeout of projects (and possibly office) in Sayre, we are not proposing any additional support for this area.

### BUCKS

We have identified Bucks County as a targeted growth area, and have begun increasing contacts within key municipalities, including Bensalem Township, and Newtown Township. The existing climate necessitates the need to provide support in these communities in order to establish ourselves as equal players in our industry. Clearly, our commitment to Falls Township has continued to result in a positive relationship, and we understand the need to maintain those support levels. While historically, the support climate has not always been conducive to leveraging existing clients to grow in adjoining areas, we have been strategic in identifying communities where opportunities exist that would not detract from our current position in Falls.

### CHESTER

We have begun seeing greater receptiveness in Chester County due to our increased participation and presence at key events, functions, and targeting of key municipalities, such as Upper Uwchlan Township (where we are currently working on a stormwater Authority

feasibility study), Kennett Township (where we have just been given a small bridge evaluation, that has great potential to translate into a bridge rehabilitation job), and with the County itself, (where we have begun garnering greater consideration in bridge/park jobs). Our involvement in the CCATO organization has significantly increased awareness of our capabilities to the client base, and we are beginning to get calls from potential clients wanting to discuss potential options.

## DELAWARE

With the recent win at the Borough of Media, we now have a presence in Delaware County that should garner favorable press, but that will require some minor level of support.

## LANCASTER

We have secured 2 new clients in Lancaster County, and have been increasing our presence in a number of areas, including at the City of Lancaster, Lancaster Area Sewer Authority, and Manheim Township. While Lancaster has been slow to adopt some of the supportive methods that are becoming more prominent elsewhere, we do not want to preclude our inclusion in some county opportunities, where we have since established a good relationship with the county commissioners and staff.

## LEHIGH

We have continued to grow our relationships with both the City of Allentown, Lehigh County, and Lehigh County Authority, as the primary clients in the county. Despite recent staff losses to LCA, and increased political pressures from the City/Mayor, we continue to have good working relationships with staff and decision-makers, and maintain our position on bidders lists, which is key to being presented opportunities.

## MONROE

The addition of Pocono Township in 2014 has resulted in a considerable increase in awareness in Monroe County, and has resulted in expanding our reach in to nearby Tobyhanna Township. While we see the need to support key areas, we do not see this as being significant.

## MONTGOMERY

Clearly, we have a significant presence in Montgomery County, and need to maintain our current relationships with the Townships of Upper Merion, Upper Gwynedd, and Whitemarsh, along with the County. Beyond that, we have recently identified increased opportunities with Abington, East Norriton, and Plymouth Townships. These municipalities are similar in size and complexity so as to have similar revenue potential to other MontCo townships.

## NORTHAMPTON

We continue to improve our relationship with the City of Bethlehem, and are seeing increased opportunities being presented to us. We are also developing a relationship with the City that should lead to us being selected to assist them in stormwater fee development – a key, growing issue in PA where we are among some of the leading service providers. We are also revisiting the opportunity to provide environmental assistance to them relative to their dams and reservoir. We continue to position ourselves with Bethlehem Township in a manner that should soon allow us to make a push for either greater project involvement, or potentially an EOR position. With Northampton county, we have made inroads recently that have resulted in a good working relationship with the County executive, and acting DPW. They have begun to call on our assistance to help develop a county-wide grant strategy, of which we hope to be selected as a consultant for. We have also made progress in Lower Saucon Township, where we have been asked to provide pricing for some landfill-related services, and have excellent relationships with some candidates looking to replace some members that have prevented a number of projects from moving forward.

## PHILADELPHIA

We understand that the company is evaluating opportunities to expand into the Philadelphia market, however we have not been involved with these efforts, nor are we positioned to offer an opinion as to the appropriateness of any budgetary estimates to support this. We are aware of current project-related issues that could affect long-term viability of Philadelphia projects, and feel that resources are best dedicated at this point to rectifying those situations in a positive manner.

## STATE LEVEL

While state-level legislators rarely have direct control or influence over projects that we routinely pursue, they do offer a level of support that enable us to garner their support or insight on issues that are important to our mission. As such, maintaining these relationships requires occasional, lower levels of support.