# EXHIBIT C



# BUSINESS ENTITY ANNUAL STATEMENT
## NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION
(609) 292-8700 or Toll Free Within NJ 1-888-313-ELEC (3532)

**THIS FORM MUST BE ELECTRONICALLY FILED AT:**
www.elec.state.nj.us

**FORM BE**
ELEC Received
Confirmation Number
20140020121

Mar 23 2015
10:07 AM

**FOR STATE USE ONLY**

This statement is required to be filed by a business entity which has received $50,000 or more in the aggregate during a calendar year through agreements or contracts with a public entity or public entities.

## Part 1: General Information

Date of Statement: March 18, 2015

Activity for Calendar Year: 2014

☐ Check if Amendment

## Part 2: Business Entity Information

Business Name: T&M Associates

Business Type: Other Business Organization

Address 1: 11 Tindall Road

Address 2:

City: Middletown     State: New Jersey     Zip: 07748

*(Area Code) Telephone Number: 732-671-6400

## ACKNOWLEDGEMENT

I have been authorized by the above named business entity to complete the annual statement.

First Name: Gary     Last Name: Dahms

Title/Position: President & CEO     Date:

*(Area Code) Telephone Number: 732-671-6400

A business entity which has received $50,000 or more in the aggregate during a calendar year through agreements or contracts with a public entity or public entities, but has made no contributions to candidates or committees, shall file the business entity annual disclosure statement with the Commission to report that no contributions were made during the calendar year.

☐ Check this box if the business entity has not made any reportable contributions during the calendar year.

## Part 3: Summary of Amounts     (Totals will be automatically calculated)

| Total Amount Received through Agreements or Contracts in 2014 | Total of Reportable Contributions Made to Candidates or Committees in 2014 |
|---|---|
| $37,419,022.00 | $379,150.00 |



# BUSINESS ENTITY ANNUAL STATEMENT
## NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION
(609) 292-8700 or Toll Free Within NJ 1-888-313-ELEC (3532)

**THIS FORM MUST BE ELECTRONICALLY FILED AT:**
www.elec.state.nj.us

**FORM BE**
ELEC Received
Confirmation Number
20163022851

Mar 28 2016
10:57 AM

FOR STATE USE ONLY

This statement is required to be filed by a business entity which has received $50,000 or more in the aggregate during a calendar year through agreements or contracts with a public entity or public entities.

## Part 1: General Information

Date of Statement: March 28, 2016
Activity for Calendar Year: 2015
☐ Check if Amendment

## Part 2: Business Entity Information

Business Name: T&M Associates

Business Type: Other Business Organization

Address 1: 11 Tindall Road

Address 2: 

City: Middletown       State: New Jersey       Zip: 07748

*(Area Code) Telephone Number: 732-671-6400

### ACKNOWLEDGEMENT

I have been authorized by the above named business entity to complete the annual statement, and certify that the statements and information contained herein are true. I am aware that if any of the statements or information are willfully false, I may be subject to punishment.

First Name: Gary       Last Name: Dahms

Title/Position: President & CEO       Date: 

*(Area Code) Telephone Number: 732-671-6400

☒ Check this box to certify the above acknowledgement.

A business entity which has received $50,000 or more in the aggregate during a calendar year through agreements or contracts with a public entity or public entities, but has made no contributions to candidates or committees, shall file the business entity annual disclosure statement with the Commission to report that no contributions were made during the calendar year.

☐ Check this box if the business entity has not made any reportable contributions during the calendar year.

## Part 3: Summary of Amounts   (Totals will be automatically calculated)

# BUSINESS ENTITY ANNUAL STATEMENT
## NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION
(609) 292-8700 or Toll Free Within NJ 1-888-313-ELEC (3532)

THIS FORM MUST BE ELECTRONICALLY FILED AT:
www.elec.state.nj.us



**FORM BE**
ELEC Received
Confirmation Number
20173027758

Mar 29 2018
09:39 AM

FOR STATE USE ONLY

This statement is required to be filed by a business entity which has received $50,000 or more in the aggregate during a calendar year through agreements or contracts with a public entity or public entities.

## Part 1: General Information

Date of Statement: March 29, 2018    Activity for Calendar Year: 2017    ☐ Check if Amendment

## Part 2: Business Entity Information

Business Name: T&M Associates

Business Type: Other Business Organization

Address 1: 11 Tindall Road

Address 2:

City: Middletown    State: New Jersey    Zip: 07748

*(Area Code) Telephone Number: 732-671-6400

## ACKNOWLEDGEMENT

I have been authorized by the above named business entity to complete the annual statement, and certify that the statements and/or information contained herein are true. I am aware that if any of the statements or information are willfully false, I may be subject to punishment.

First Name: Gary    Last Name: Dahms

Title/Position: President & CEO    Date: March 28, 2018

*(Area Code) Telephone Number: 732-671-6400

☒ Check this box to certify the above acknowledgement.

A business entity which has received $50,000 or more in the aggregate during a calendar year through agreements or contracts with a public entity or public entities, but has made no contributions to candidates or committees, shall file the business entity annual disclosure statement with the Commission to report that no contributions were made during the calendar year.

☐ Check this box if the business entity has not made any reportable contributions during the calendar year.

## Part 3: Summary of Amounts    (Totals will be automatically calculated)

Total Amount Received through Agreements or Contracts in 2017: $38,385,642.00

Total of Reportable Contributions Made to Candidates or Committees in 2017: $356,880.00